B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of Kansas

In re  MISTI LEA GARTZ                          ,                    Case No.  21-20672

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRIBUTE CAPITAL PARTNERS LLC | Empire Financial Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Tribute Capital Partners LLC
P.O. BOX 167762
Irving , TX 75016

Phone:  214-526-1110
Last Four Digits of Acct #: _____

Court Claim # (if known): _____8_____
Amount of Claim: _____$11,726.33_____
Date Claim Filed: _____07/21/2021_____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Louis Barna                              Date:  11/17/2021
      Transferee/Transferee's Agent

*Penalty for making a false statement*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Reset          Save As...          Print

**EXHIBIT E**

## WAIVER OF NOTICE OF CLAIM

Auto Bank Of Kansas City, Inc aka Empire Finance, Inc, ("Transferor") has sold and assigned certain claims to Tribute Capital Partners LLC ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 300 E. John Carpenter Fwy, Suite 112, Irving, TX 75062. Said claims arise from automobile loans and retail installment contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code.

Transferor consents to the attachment of a copy of this Waiver of Notice of Claim to a Notice of Transfer of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) relating to the Accounts. Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Claim by and through its duly authorized officer on this September 20, 2021.

**Auto Bank Of Kansas City, Inc aka Empire Finance, Inc**

By: _____

Name: Michael Fulton

Title: Owner

**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**