# United States Bankruptcy Court

District of Kansas
Case No. 21-20672
Chapter 13

In re: Debtor(s) (including Name and Address)

Misti Lea Gartz
2338 N. 63rd St.
Kansas City KS 66104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/17/2021.

Name and Address of Alleged Transferor(s):

Claim No. 8: Empire Financial Inc., 6901 E. Front St., Kansas City MO 64120

Name and Address of Transferee:

Tribute Capital Partners LLC
P.O. Box 167762
Irving, TX 75016

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/20/21

David D. Zimmerman
**CLERK OF THE COURT**

United States Bankruptcy Court
District of Kansas

In re:  Case No. 21-20672-RDB

Misti Lea Gartz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

**Recip ID**    **Recipient Name and Address**
9639098    + Empire Financial Inc., 6901 E. Front St., Kansas City MO 64120-1303

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ryan A Blay | on behalf of Debtor Misti Lea Gartz blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |
| William H Griffin | on behalf of Trustee William H Griffin inquiries@13trusteekc.com |

TOTAL: 4

Case 21-20672   Doc# 43   Filed 11/20/21   Page 2 of 2